1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Fe Gold Corp., *et al.*,<br>     Plaintiffs,<br>v.<br>Sanders, *et al.*,<br>     Defendants. | No. CV-21-0373-TUC-BGM<br><br>**ORDER** |

Defendant Douglas Murray Sanders removed this cause of action from Pima County Superior Court. Not. of Removal (Doc. 1). Plaintiff did not immediately pay the $402.00 civil action filing fee but filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("IFP Application") (Doc. 2).

The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees . . . by a person . . . [who] is unable to pay such fees[.]" 28 U.S.C. § 1915(a)(1). Defendant's statement (Doc. 2), made under penalty of perjury, establishes that Defendant had an average monthly income of $38,800.00 during the past twelve (12) months. IFP Application (Doc. 2) at 1–2. Defendant's total monthly expenses are $1,100.00. *Id.* at 5. The Court finds Defendant has sufficient assets to pay the fees in this case. Defendant's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) will be denied.

. . .

. . .

. . .

Accordingly, IT IS HEREBY ORDERED that:

(1) Defendant's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. 2) is DENIED WITHOUT PREJUDICE;

(2) Within **thirty (30) days** of the date of this Order, Defendant **must either** pay the $402.00 filing fee **or** file a new, completed Application to Proceed in District Court Without Prepaying Fees or Costs;

(3) **If Defendant fails** to either pay the $402.00 filing fee or file a completed Application to Proceed in District Court Without Prepaying Fees or Costs within thirty (30) days, the Clerk of Court shall REMAND this case to the Superior Court of the State of Arizona, the County of Pima (Case No. C20214048) and without further notice to Defendant.

Dated this 4th day of October, 2021.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge